THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Daniel Dale Browder, Appellant.
 
 
 

Appeal From Lee County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2007-UP-267
Submitted June 1, 2007  Filed June 5, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans Jr. and J. Benjamin Aplin, of SCDPPPS, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Daniel Dale Browder appeals the revocation of his probation.  Browder was originally sentenced to five years imprisonment and  payment of a $5,000 fine, suspended on the service of two years probation and payment of a $1,815.38 fine for possession of crank.  Browder was also given a concurrent sentence of three years imprisonment and payment of a $300 fine, suspended on the service of two years probation and payment of an $872.93 fine for possession of diazepam.  After finding that Browder willfully violated the terms and conditions of his probation, the circuit court judge revoked Browders probation, reinstated the original sentence, and awarded Browder credit for time served. 
 
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Browders appeal and grant counsels petition to be relieved. 
 
APPEAL DISMISSED. 
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.